CYRUS S. MERRILL, Appellant, *v.* UNITED BOX BOARD AND PAPER COMPANY, Respondent.

Reported below, 164 App. Div. 906.
(Argued May 24, 1915; decided June 8, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 13, 1914, affirming a judgment in favor of defendant entered upon a verdict in an action to recover upon a contract for services.

The motion was made upon the ground that the appeal could not be taken of right to the Court of Appeals and that permission to appeal had not been obtained.

*Andrew J. Nellis* for motion.

*William S. Ostrander* opposed.

Motion denied, without costs.

---

THE COLORADO AND SOUTHERN RAILWAY COMPANY, Respondent, *v.* DE WITT C. BLAIR et al., Copartners under the Firm Name of BLAIR & CO., Appellants, Impleaded with Others.

(Submitted May 31, 1915; decided June 8, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 214 N. Y. 497.)

---

GUSTAVE RIVES, Respondent, *v.* JOHN R. BARTLETT et al., Defendants, and HERMAN DE SELDING et al., Appellants.

(Submitted May 24, 1915; decided June 8, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 215 N. Y. 33.)